CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1226
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation, <br><br> Plaintiff(s), <br><br> vs. <br><br> THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company; <br><br> Defendant(s). | Case No. 2:22-cv-01446 <br><br> PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES |

/ / /

/ / /

/ / /

/ / /

/ / /

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Plaintiff the American Civil Liberties Union of Nevada Foundation, Inc. certify that there are no known interested parties other than those participating in this case.

DATED this 7th Day of September, 2022

/s/ Christopher M. Peterson
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1226
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org *Attorneys for Plaintiffs*