CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1226
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, a domestic nonprofit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company; <br><br> Defendants. | Case No.: 2:22-cv-01446-RFB-EJY <br><br> ORDER |

UPON CONSIDERATION of Plaintiffs' Ex Parte Motion for Temporary Restraining Order and having determined that no further hearing is necessary for entering the requested relief, it is hereby ORDERED that:

1. Due to the irreparable and ongoing injury to Plaintiffs' First Amendment rights, the Ex Parte Motion for Temporary Restraining Order is hereby **GRANTED**;

2. This Order shall also serve as a Temporary Restraining Order pending the outcome of the hearing for Preliminary Injunctive Relief; and

3. The Defendants shall be and are hereby enjoined from the following behaviors during the pendency of this action:

   a. To the extent it does not apply the same regulations to the First Amendment activities of the Defendant, Fremont Street Experience, Limited Liability Company, including commercial activities, the Defendant City of Las Vegas is enjoined from enforcing:

      i. LVMC 11.68.100;

      ii. LVMC 11.68.103;

      iii. LVMC 11.68.105;

      iv. LVMC 11.68.107;

      v. LVMC 11.68.108 or

      vi. any other provision under LVMC 11.68 that regulates conduct protected by the First Amendment.

   b. The Defendant, Fremont Street Experience, Limited Liability Corporation, is enjoined from regulating conduct protected by the First Amendment on the Fremont Street Pedestrian Mall, including:

      i. Enforcing provisions LVMC 11.68.100 through LVMC 11.68.108;

      ii. Closing the Fremont Street Pedestrian Mall to the general public;

      iii. Closing or moving any locations designated for First Amendment activity on the Fremont Street Pedestrian Mall;

      iv. Regulating any activities on the Fremont Street Pedestrian Mall that are protected by the First Amendment, including but not limited to solicitation, demonstrations, speech, proselytizing, leafleting, distribution of message-bearing merchandise, parades, and performing arts; and

      v. Threatening to bring a civil action against individuals for alleged violations of:

         a) LVMC 11.68.103;

         b) LVMC 11.58.105;

         c) LVMC 11.68.107;

        d) LVMC 11.68.108;

        e) any other provision under LVMC 11.68 that regulates conduct protected by the First Amendment.

c. The Defendant, City of Las Vegas, is enjoined from enforcing regulations described in LVMC 11.68 that regulate First Amendment activity in a manner that favors the First Amendment activities of Defendant, Fremont Street Experience, Limited Liability Company, over the First Amendment activities of other individuals on the Fremont Street Pedestrian Mall.

d. The Defendants, City of Las Vegas and Fremont Street Experience, Limited Liability Company, are enjoined from imposing an age-based curfew on the Fremont Street Pedestrian Mall preventing adults under the age of 21 years of age from accessing the Fremont Street Pedestrian Mall.

e. The Defendants, City of Las Vegas and Fremont Street Experience, Limited Liability Company, from requiring individuals to present identification prior to engaging in activities on the Pedestrian Mall that are protected under the First Amendment, including but not limited to solicitation, demonstrations, speech, proselytizing, leafleting, distribution of message-bearing merchandise, parades, and performing arts.

f. The Defendant, City of Las Vegas, is enjoined from issuing permits for "special events" on the Fremont Street Pedestrian Mall to the Defendant Fremont Street Experience, Limited Liability Company, to the extent that such permits would not be issued to other individuals pursuant to LVMC 11.68.100(B)(2).

IT IS SO ORDERED.

DATED THIS _____ day of September, 2022 at _____ a.m./p.m.

_____
Hon. Richard F. Boulware
Judge, United States District Court for Nevada

CC:

Christopher M. Peterson, Esq.
Sophia A. Romero, Esq.
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
*Attorneys for Plaintiffs*


Bryan Scott, Esq.
**OFFICE OF THE LAS VEGAS CITY ATTORNEY**
495 Main St., 6th Floor
Las Vegas, NV 89101
702.229.6629 (phone)
702.386.1749 (fax)
bscott@lassvegasnevada.gov
*Attorney for the Defendant City of Las Vegas*


Patrick Reilly, Esq.
**BROWNSTEIN HYATT**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
702.464.7033 (phone)
702.382.8135 (fax)
preilly@bhfs.com
*Attorney for the Defendant Fremont Street Experience*