Patrick J. Reilly
Nevada Bar No. 6103
Eric D. Walther
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for The Fremont Street Experience Limited Liability Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No. 2:22-cv-01446-RFB-EJY<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE that, on September 30, 2022, Defendant FREMONT STREET EXPERIENCE, LLC manually filed one (1) USB Drive containing the following videos, referenced as Exhibits L, M, N, O, P, Q, R, T, U, and V in support of Defendant Fremont Street Experience, LLC's Opposition to Motion for Temporary Restraining Order; Request for Expedited Discovery Pending Hearing.

/ / /

/ / /

1

24721937.1

These videos have not been electronically filed because the videos cannot be converted to an electronic format.

DATED this 30th day of September, 2022.

/s/ *Patrick J. Reilly*
Patrick J. Reilly
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for The Fremont Street Experience Limited Liability Company*

24721937.1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF MANUAL FILING** was served via electronic service on the 30th day of September, 2022, to the addresses shown below:

| | |
|---|---|
| Christopher M. Peterson, Esq. <br> Sophia A. Romero, Esq. <br> AMERICAN CIVIL LIBERTIES UNION OF NEVADA <br> peterson@aclunv.org <br> romero@aclunv.org <br><br> *Attorneys for Plaintiffs* | John A. Curtas, Esq. <br> City of Las Vegas <br> City Attorney's Office – Civil Division <br> jacurtas@lasvegasnevada.gov <br><br> *Attorneys for The City of Las Vegas* |

      */s/ Paula Kay*
an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

3

24721937.1