Patrick J. Reilly
Nevada Bar No. 6103
Eric D. Walther
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for The Fremont Street Experience*
*Limited Liability Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and Fremont STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No. 2:22-cv-01446-RFB-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES (LR II 7.1-1)** |

The undersigned, counsel of record for Defendant The Fremont Street Experience Limited Liability Company ("FSE"), incorrectly sued as "Fremont Street Experience, LLC," hereby certifies that the following have a direct pecuniary interest in the outcome of this case:

Vintage Vegas Gaming, LLC

Four Queens, LLC

Sam – Will, Inc.

24706176.1

DRock Gaming, LLC FIF

GNLV, Inc.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 30th of September, 2022.

/s/ *Patrick J. Reilly*

Patrick J. Reilly
Eric D. Walther
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for The Fremont Street Experience Limited Liability Company*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **CERTIFICATE OF INTERESTED PARTIES (LR II 7.1-1)** was served via electronic service on the 30th day of September, 2022, to the addresses shown below:

Christopher M. Peterson, Esq.
Sophia A. Romero, Esq.
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
peterson@aclunv.org
romero@aclunv.org

*Attorneys for Plaintiffs*

John A. Curtas, Esq.
City of Las Vegas
City Attorney's Office – Civil Division
jacurtas@lasvegasnevada.gov

*Attorneys for The City of Las Vegas*


_____*/s/ Paula Kay*_____
an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3

24706176.1