Patrick J. Reilly
Nevada Bar No. 6103
Eric D. Walther
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for The Fremont Street Experience Limited Liability Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No. 2:22-cv-01446-RFB-EJY<br><br>**DECLARATION OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Gina Fackrell, hereby declare as follows:

1. I have personal knowledge of the matters stated herein except those matters stated upon information and belief, and as to those matters, I believe them to be true. I am over the age of eighteen and if called as a witness, I am competent to testify to the matters stated herein.

2. I am a Manager in the Crime Analysis Group of the Central Intelligence Unit of the Las Vegas Metropolitan Police Department ("LVMPD").

24728140

3. From May 15, 2022 through July 6, 2022, there were 14 incidents of crime involving weapons at the Fremont Street Experience. This includes 4 incidents of crime involving actual violence.

4. From July 7, 2022 through August 31, 2022, after the enactment of Special Event Permit 362490, there were only 3 incidents of crime involving weapons at the Fremont Street Experience, which represents a 78% decrease. There were zero incidents of crime involving actual violence, which represents a 100% decrease.

5. Moreover, from July 7, 2022 through August 31, 2022, there were zero incidents of violent crime involving people under 21 years old.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 30th day of September, 2022.

/s/ Gina Fackrell
Gina Fackrell, #10169

24728140

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DECLARATION OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** was served via electronic service on the 30th day of September, 2022, to the addresses shown below:

| | |
|---|---|
| Christopher M. Peterson, Esq.<br>Sophia A. Romero, Esq.<br>AMERICAN CIVIL LIBERTIES UNION OF NEVADA<br>peterson@aclunv.org<br>romero@aclunv.org<br><br>*Attorneys for Plaintiffs* | John A. Curtas, Esq.<br>City of Las Vegas<br>City Attorney's Office – Civil Division<br>jacurtas@lasvegasnevada.gov<br><br>*Attorneys for The City of Las Vegas* |

      */s/ Paula Kay*
an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

24721937.1