CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1226
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, a domestic nonprofit corporation,<br><br>Plaintiffs,<br>vs.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No.: 2:22-cv-01446-RFB-EJY<br><br>NOTICE OF WITNESSES AND DOCUMENTS FOR HEARING SCHEDULED ON OCTOBER 7, 2022 |

Pursuant to the Court's order dated October 4, 2022, [ECF No. 27] Plaintiffs provide notice of the documents Plaintiffs may offer in support of Plaintiffs' Motion for Temporary Restraining Order at the hearing currently scheduled for October 7, 2022. In addition to the documentation previously filed into the record by Plaintiffs and Defendant Fremont Street Experience, LLC,[1] Plaintiffs Kelvin Gordon, Lilith McGrath, Kiana Fullmore, and the American Civil Liberties Union of Nevada Foundation, through their attorney of record, intend to produce the following:

---

[1] ECF No. 1–1 (Plaintiff's Exhibits for Complaint); ECF No. 16 (Defendant FSE's Appendix Volume 1); ECF No. 17 (Defendant FSE's Appendix Volume 2).

I. **Documents**

1. Photograph of Plaintiff McGrath's driver's license (redacted), attached as Plaintiff's **EXHIBIT 9**.

2. Photograph of Plaintiff Fullmore's driver's license (redacted), attached as Plaintiff's **EXHIBIT 10**.

3. Video, manually filed with Court, hereafter Plaintiff's **EXHIBIT 11**.

DATED this  5  day of  October  , 20 22

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

 */s/ Christopher Peterson*
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1226
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org
*Attorneys for Plaintiffs*

**LR 5-1 PROOF OF SERVICE**

I HEREBY CERTIFY that on the  5  day of  October  , 20 22

I served: PLAINTIFF'S NOTICE OF WITNESSES AND DOCUMENTS FOR HEARING SCHEDULED FOR OCTOBER 7, 2022

| X | EM/ECF; |
|---|---|
|   | Electronic mail; or |
|   | US Mail or Carrier Service |

Upon:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

The City of Las Vegas
Las Vegas City Attorney
495 S. Main St.
Las Vegas, Nevada 89101

/s/ Courtney Jones
COURTNEY JONES,
an employee of the ACLU of Nevada