Patrick J. Reilly
Nevada Bar No. 6103
Eric D. Walther
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for The Fremont Street Experience Limited Liability Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No. 2:22-cv-01446-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, it is hereby stipulated and agreed by and among Defendant Fremont Street Experience Limited Liability Company ("FSE") and Plaintiffs Kelvin Gordon, Lilith McGrath, Kiana Fullmore, and American Civil Liberties Union of Nevada Foundation, Inc. (collectively "Plaintiffs") as follows:

1. Plaintiffs commenced this action on September 6, 2022. *See* ECF No. 1.

2. Thereafter, Plaintiffs served the Summons and Complaint on September 22, 2022.

24796627.1

*See* ECF No. 13.

3. FSE shall have up to and including October 20, 2022, to answer or otherwise plead in response to the Complaint.

4. This is the parties' first request for an extension of any deadline in this case. The requested extension is not intended to cause any delay or to prejudice any party.

| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ Christopher M. Peterson*<br>CHRISTOPHER M. PETERSON, ESQ.<br>Nevada Bar No. 13932<br>601 South Rancho Drive, Suite B-11<br>Las Vegas, NV 89106 | By: */s/ Patrick J. Reilly*<br>PATRICK J. REILLY, ESQ.<br>Nevada Bar No. 6103<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 |
| *Attorney for Plaintiffs* | *Attorneys for The Fremont Street Experience Limited Liability Company* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: October 14, 2022

24796627.1