```
BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: JOHN A. CURTAS
Deputy City Attorney
Nevada Bar No. 1841
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jacurtas@lasvegasnevada.gov
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company,<br><br>    Defendants. | CASE NO. 2:22-cv-1446-RFB-EJY |

**<u>NOTICE OF APPEARANCE</u>**

NOTICE IS HEREBY GIVEN that Philip R. Byrnes is appearing as attorney for Defendant CITY OF LAS VEGAS in association with John A. Curtas in the above-captioned

. . . .

. . . .

. . . .

. . . .

matter. Please update your records and service list accordingly.

DATED this 15th day of November, 2022.

BRYAN K. SCOTT
City Attorney

By: /s/ Philip R. Byrnes
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2022, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

| | |
|---|---|
| Christopher M. Peterson, Esq.<br>Sophia A. Romero, Esq.<br>AMERICAN CIVIL LIBERTIES UNION OF NEVADA<br>601 South Rancho Drive, #B-11<br>Las Vegas, NV 89106<br>Attorneys for Plaintiffs | Patrick J. Reilly, Esq.<br>Eric D. Walther, Esq.<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, #1600<br>Las Vegas, NV 89106-4614<br>Attorneys for Defendant THE FREMONT STREET EXPERIENCE LIMITED LIABILITY COMPANY |

/s/ Cindy Kelly
AN EMPLOYEE OF THE CITY OF LAS VEGAS