Patrick J. Reilly
Nevada Bar No. 6103
Eric D. Walther
Nevada Bar No. 13611
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
ewalther@bhfs.com

*Attorneys for The Fremont Street Experience Limited Liability Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and Fremont STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants. | Case No. 2:22-cv-01446-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

## STIPULATION

The parties hereby agree and stipulate as follows:

1. Plaintiffs filed their Complaint for Declaratory and Injunction Relief on September 6, 2022 (ECF No. 1).

2. On September 19, 2022, Plaintiffs filed their Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF Nos. 7 and 8, respectively).

3. On September 30, 2022, Defendant The Fremont Street Experience Limited

Liability Company ("FSE") filed its Opposition to Motion for Temporary Restraining Order and Request for Expedited Discovery (ECF Nos. 15 and 19, respectively).

4. On October 3, 2022, Defendant City of Las Vegas ("CLV") filed its Joinder to Opposition to Motion for Temporary Restraining Order (ECF No. 26).

5. On October 5, 2022, Plaintiffs filed their Reply to FSE's Opposition to Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 32).

6. On October 8, 2022, FSE filed its Motion for Leave to File Supplemental Briefing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 37).

7. On October 10, 2022, CLV filed its Answer to Verified Complaint for Declaratory and Injunction Relief (ECF No. 38).

8. On October 14, 2022, this Court entered a Stipulation and Order to Extend Deadline for FSE to Respond to Plaintiffs' Complaint (ECF No. 41).

9. On October 17, 2022, Plaintiffs filed their Opposition to FSE's Motion for Leave to File Supplemental Briefing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 44).

10. On October 18, 2022, FSE filed its Reply Memorandum in Support of Motion for Leave to File Supplemental Briefing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 46).

11. On October 19, 2022, FSE filed its Notice of Additional Facts re: Possible Recusal (ECF No. 47).

12. On October 19, 2022, CLV filed its Joinder to Reply Memorandum in Support of Motion for Leave to File Supplemental Briefing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 48).

13. On October 20, 2022, FSE filed its Answer to Plaintiffs' Verified Complaint (ECF No. 49).

14. On October 20, 2022, CLV filed its Joinder to Motion for Leave to File Supplemental Briefing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 50).

15. The hearing related to the Notice of Additional Facts re: Possible Recusal (the "Notice") was set for October 28, 2022 (ECF No. 52) was subsequently vacated (ECF No. 55). The

24905938.1

hearing on the Notice has yet to be rescheduled.

16. The current deadline for the parties to submit a proposed Discovery Plan and Scheduling Order is currently November 24, 2022.

17. The parties agree and respectfully request that this deadline be extended to January 9, 2023. By extending this deadline, this will allow the parties to fashion a discovery plan and scheduling order after the Court rules on all pending motions.

18. This is the first request for an extension of this deadline.

19. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

DATED this 15th day of November, 2022.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Eric D. Walther, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for The Fremont Street Experience Limited Liability Company*

DATED this 15th day of November, 2022.

*/s/ Christopher M. Peterson*
Christopher M. Peterson, Esq.
Sophia A. Romero, Esq.
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

DATED this 15th day of November, 2022.

*/s/ Philip R. Byrnes*
Philip R. Byrnes, Esq.
Bryan K. Scott, Esq.
John A. Curtas, Esq.
City Attorney's Office – Civil Division
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for The City of Las Vegas*

**ORDER**

**IT IS SO ORDERED.**

DATED this _____ day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

24905938.1