BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: JOHN A. CURTAS
Deputy City Attorney
Nevada Bar No. 1841
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: bscott@lasvegasnevada.gov
Email: jacurtas@lasvegasnevada.gov
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, INC., a domestic nonprofit corporation,

Plaintiffs,

vs.

THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company,

Defendants.

CASE NO. 2:22-cv-1446-RFB-EJY

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Bryan K. Scott is appearing as attorney for Defendant CITY OF LAS VEGAS in association with John A. Curtas in the above-captioned matter.

. . . .

. . . .

. . . .

. . . .

Please update your records and service list accordingly.

DATED this 15th day of November, 2022.

BRYAN K. SCOTT
City Attorney

By: /s/ Bryan K. Scott
BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Christopher M. Peterson, Esq.
Sophia A. Romero, Esq.
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Drive, #B-11
Las Vegas, NV 89106
Attorneys for Plaintiffs

Patrick J. Reilly, Esq.
Eric D. Walther, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, #1600
Las Vegas, NV 89106-4614
Attorneys for Defendant THE FREMONT STREET EXPERIENCE LIMITED LIABILITY COMPANY

Cindy Kelly
AN EMPLOYEE OF THE CITY OF LAS VEGAS