CHRISTOPHER M. PETERSON, ESQ. (13932)
SOPHIA A. ROMERO, ESQ. (12446)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1902
Facsimile: (702) 366-1331
Email: peterson@aclunv.org
Email: romero@aclunv.org
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN GORDON, an individual; LILITH MCGRATH, an individual; KIANA FULLMORE, an individual; and the AMERICAN CIVIL LIBERTIES UNION OF NEVADA FOUNDATION, a domestic nonprofit corporation,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a local municipal government entity; and FREMONT STREET EXPERIENCE, LLC, a domestic limited liability company;<br><br>Defendants | Case No.: 2:22-cv-01446-CDS-EJY<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS (SECOND REQUEST)** |

Plaintiffs Kelvin Gordon, Lilith McGrath, Kiana Fullmore, and the American Civil Liberties Union of Nevada Foundation, by and through counsel, Christopher M. Peterson, Esq., and Defendant The City of Las Vegas, by through its counsel of record Bryan Scott, Esq. and John A. Curtas, Esq. of the Las Vegas City Attorney's Office and Defendant The Fremont Street Experience Limited Liability Company, by and through its counsel of record, Patrick J. Reilly, Esq. and Eric D. Walther of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree to extend the current stay on all pending deadlines so that Plaintiffs and Defendants may enter into

i

settlement discussions and negotiations without incurring unnecessary attorney fees and costs. The Stipulation is being entered in good faith and not for the purposes of delay.

As previously stated in parties' Stipulation and Order to Stay Case Pending Settlement Discussions, ECF No. 65, counsel for Plaintiffs and Defendants informally discussed the possibility of settlement during meetings on December 8, 2022, and on December 28, 2022, as required by FRCP 26(f) and Local Rule 26-1(a). To continue those discussions, the parties filed a proposed stipulation to stay these proceedings until March 6, 2023. This Court granted the proposed stay on January 25, 2023.

Since the stay's commencement, Plaintiffs have extended a settlement proposal that would resolve the Plaintiffs' Second Cause of Action and would dismiss Plaintiffs McGrath and Fullmore from this matter. If Defendants accept the offer, both developments would save time and costs for all parties during discovery.

To provide Defendants with additional time to evaluate Plaintiff's settlement proposal, Plaintiffs and Defendants hereby agree and request that the Court enter a stay of all deadlines in the instant case until **March 21, 2023**.

Notwithstanding the stay, the Plaintiffs and Defendants intend to hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

If the parties do not reach a settlement resolving all outstanding claims during the stay, the parties further agree and stipulate that the parties will submit a new proposed Discovery Plan to the Court within fourteen (14) days of the expiration of the stay. The parties agree that the new proposed Discovery Plan would provide the same number of days to complete the parties' outstanding obligations as the current Discovery Plan but for the implementation of the stay provided by this stipulation.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated this _8th_ day of March 2023.  Dated this _8th_ day of March 2023. |

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEVADA** | **LAS VEGAS CITY ATTORNEY'S OFFICE** |
| By: */s/ Christopher Peterson*<br>Christopher M. Peterson, Esq.<br>Nevada Bar No. 13932<br>Sophia A. Romero, Esq.<br>Nevada Bar No. 12446<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>*Attorneys for Plaintiffs* | By: */s/ John A. Curtas*<br>Bryan Keith Scott, Esq.<br>Nevada Bar No. 4381<br>John A. Curtas, Esq.<br>Nevada Bar No. 6882495 South Main St. 6th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant, City of Las Vegas* |

Dated this __ day of January 2023.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Patrick J. Reilly*
    Patrick J. Reilly, Esq. (6103)
    Eric D. Walther, Esq. (13611)
    100 N. City Parkway, Suite 1600
    Las Vegas, Nevada 89106
*Attorneys for Defendant, The Fremont Street Experience Limited Liability Company*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 8, 2023

iii