1  Patrick J. Reilly
   Nevada Bar No. 6103
2  Eric D. Walther
   Nevada Bar No. 13611
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, NV 89106-4614
   Telephone:  702.382.2101
5  Facsimile:  702.382.8135
   preilly@bhfs.com
6  ewalther@bhfs.com

7  *Attorneys for The Fremont Street Experience*
   *Limited Liability Company*

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11

12  KELVIN GORDON, an individual; LILITH          Case No. 2:22-cv-01446-CDS-EJY
    MCGRATH, an individual; KIANA
13  FULLMORE, an individual; and the
    AMERICAN CIVIL LIBERTIES UNION OF     **STIPULATION AND ORDER**
14  NEVADA FOUNDATION, INC., a domestic    **DISMISSING ACTION WITHOUT**
    nonprofit corporation,                         **PREJUDICE**
15

16                            Plaintiffs

17  v.

18  THE CITY OF LAS VEGAS, a local
    municipal government entity; and FREMONT
19  STREET EXPERIENCE, LLC, a domestic
    limited liability company;
20
                              Defendants
21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

The parties hereby agree and stipulate to dismiss the above-entitled action without prejudice, with the parties to bear their own respective attorneys' fees and costs of suit.

DATED this 28th day of December, 2023.          DATED this 28th day of December, 2023.

/s/ Patrick J. Reilly                                      /s/ Christopher M. Peterson
Patrick J. Reilly, Esq.                                  Christopher M. Peterson, Esq.
BROWNSTEIN HYATT FARBER                    AMERICAN CIVIL LIBERTIES UNION
SCHRECK, LLP                                          OF NEVADA
100 North City Parkway, Suite 1600            601 South Rancho Drive, Suite B-11
Las Vegas, NV  89106-4614                        Las Vegas, NV 89106

*Attorneys for The Fremont Street Experience*     *Attorneys for Plaintiffs*
*Limited Liability Company*

DATED this 28th day of December, 2023.

/s/ John A. Curtas
John A. Curtas, Esq.
City Attorney's Office – Civil Division
495 South Main Street, Sixth Floor
Las Vegas, NV 89101

*Attorneys for The City of Las Vegas*

**ORDER**

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 29, 2023

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2